IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| IN RE: SAMUEL A. SPEARS ) | |
| and OLGA P. SPEARS ) | |
| ) | |
| Debtors. ) | |
| ) | |
| SAMUEL A. SPEARS and ) | |
| OLGA P. SPEARS, ) | |
| ) | |
| Appellants, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:09cv31-MHT |
| ) | (WO) |
| CURTIS C. REDING, ) | |
| ) | |
| Appellee. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the decision by the Bankruptcy Court of the Middle District of Alabama sustaining the objection of appellee Curtis C. Reding to confirmation of appellants Samuel A. and Olga P. Spears's Chapter 13 bankruptcy plan is vacated and this case is remanded for further proceedings not inconsistent with the opinion of this court.

It is further ORDERED that costs are taxed against appellee Reding, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of September, 2009.


/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**